# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Protective Life Insurance Company,<br><br>                Interpleader Plaintiff,<br><br>v.<br><br>Robert Kelley Hemmingson, Thomas Charles Hemmingson and Janet Diane Melby,<br><br>                Interpleader Defendants. | Case No. 22-cv-001136 (JRT/DJF)<br><br>**ORDER** |

Interpleader Plaintiff has been dismissed from this action (*see* ECF Nos. 29 and 33) and Interpleader Defendants have informed the Court that they have reached a resolution of this dispute. This matter is now before Court on Interpleader Defendants Robert Kelley Hemmingson, Thomas Charles Hemmingson, and Janet Melby's (collectively, "Interpleader Defendants") Joint Motion for Withdrawal of Funds from the Court Registry ("Joint Motion") (ECF No. 60). The Joint Motion requests an Order permitting the Six Hundred Twenty-Nine Thousand and Ninety-Five Dollars and 89/100 ($629,095.89) in proceeds from the funds of Milton J. Hemmingson's Protective Life Insurance Policy (the "Policy Proceeds") to be withdrawn from the Court registry and paid pursuant to the terms of the Defendants' Mediated Settlement Agreement.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Interpleader Defendants' Joint Motion for Withdrawal of Funds from the Court Registry (ECF No. [60]) is **GRANTED**.

2. The Policy Proceeds in the Court registry, plus any interest that has accrued thereon since the Policy Proceeds were first deposited into the Court registry (minus any applicable fees that must be assessed pursuant to Local Rule 67.2(c)), shall be paid as follows:

   a. $300,000.00 of the Policy Proceeds shall be paid to the Chestnut Cambronne PA Trust Account as provided in the confidential Withdrawal Information form filed with the Court; and

   b. The remainder of the Policy Proceeds shall be paid to Virtus Law Trust Account as provided in the confidential Withdrawal Payee Information form filed with the Court.

3. Defendants shall file a joint stipulation to dismiss this action with prejudice, or a letter showing cause why this action should not be dismissed, within seven (7) days of receipt of the payments as ordered herein.

Dated: July 6, 2023

*s/Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge